# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| SemiLED Innovations LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. _____ |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Green Creative LLC and ) | |
| Industrial Lighting Products, LLC, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SemiLED Innovations LLC ("SemiLED" or "Plaintiff"), by and through the undersigned counsel, hereby asserts the following claims for patent infringement against Defendants Green Creative LLC ("GC") and Industrial Lighting Products, LLC ("ILP") (collectively "Defendants"), and alleges as follows:

## SUMMARY

1.     Plaintiff is the owner by assignment of all right, title, and interest in United States Patent Nos. 8,963,196; 9,530,942; 8,309,971 and 7,128,454 (collectively, the "Patents-in-Suit").

2.     Defendants infringe the Patents-in-Suit at least by selling, without authorization, Plaintiff's proprietary technologies incorporated in a number of Defendants' residential and commercial products including, *inter alia*, Green

1

Creative A19 9W, Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack, among other substantially similar products (collectively, the "Accused Products"). These Accused Products are marketed, offered, and distributed throughout the United States, including in this District.

3.    By this action, Plaintiff seeks to obtain compensation for the harm Plaintiff has  suffered, and will continue to suffer, as a result of Defendants' infringement of the Patents-in-Suit.

## NATURE OF THE ACTION

4.    This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

5.    Defendants have infringed, and continue to infringe, one or more claims of Plaintiff's Patents-in-Suit at least by making, using, selling, and/or offering to sell the Accused Products in the United States, including in this District, and/or by importing the Accused Products into the United States.

6.    Plaintiff is the legal owner by assignment of the Patents-in-Suit, which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Plaintiff seeks monetary damages for Defendants' infringement of the Patents-in-Suit.

## THE PARTIES

7.      Plaintiff SemiLED Innovations LLC is a Texas limited liability company with a business address at 6841 Virginia Parkway, Suite 103-441, McKinney, Texas 75071.  Plaintiff is the owner of the intellectual property rights at issue in this action.

8.      Upon information and belief, Defendant Green Creative LLC is a limited liability company organized and existing under the laws of California, with a place of business at 3224 McCraney Loop, Sanford, FL 32771.

9.      Upon information and belief, Defendant Industrial Lighting Products, LLC is a limited liability company organized and existing under the laws of Florida, with a place of business at 3224 McCraney Loop, Sanford, FL 32771

10.     Upon information and belief, GC and ILP merged under a parent company ILLUMUS. GC and ILP have combined internal and external operations. For example, both GC and ILP have a place of business at 3224 McCraney Loop, Sanford, FL 32771. *See* https://greencreative.com/news/green-creative-ilp-announce-new-parent-company-illumus/

11.     On information and belief, Defendants directly and/or indirectly distribute, market, offer to sell, and/or sell the Accused Products in the United States and/or import the Accused Products into the United States, including in the Middle

District of Florida, and otherwise direct infringing activities in this District in connection with the Accused Products.

12.     On information and belief, Defendants develop residential, industrial, and commercial lighting products, and LED lighting systems across both consumer and professional distribution channels.

## JURISDICTION AND VENUE

13.     As this is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., this Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

14.     This Court has general and specific personal jurisdiction over Defendants. Defendants conduct substantial business in the forum, directly and/or through intermediaries, including: (i) as least a portion of the infringing activity alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to persons in this District, and (iii) having a regular and established place of business in this state and in this judicial district.

15.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C.§ 1400(b), as Defendants have committed substantial acts of infringement in this District and, have regular and established places of business in this District.

**PATENTS-IN-SUIT**

**U.S. Patent No. 8,963,196**

16.      U.S. Patent No. 8,963,196 (the "'196 Patent") is titled "Slim LED package" and was issued on Feb 24, 2015. A true and correct copy of the '196 Patent is attached as Exhibit A.

17.      The '196 Patent was filed on Jan 22, 2014 as U.S. Patent Application No. 14/161,377.

18.      Plaintiff is the owner of all rights, title, and interest in and to the '196 Patent, with the full and exclusive right to bring suit to enforce the '196 Patent, including the right to recover for past infringement.

19.      The '196 Patent is valid and enforceable under United States Patent Laws.

20.      The '196 Patent recognized problems with existing light emitting diode (LED) packages at the time of the inventions of the '196 Patent.

21.      For instance, the inventors of the '196 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a

yellowing phenomenon is a main cause of decreased luminescence performance and lifetime of the LED package." '196 Patent at 1:53-57. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. See id. at 1:58-64.

22.    The inventors of the '196 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." See id. at 3:1-5. Additionally, the inventors of the '196 Patent describe the following method to increase LED package slimness: "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." See id. at 2:62-66.

23.    In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '196 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. See id. at 2:61-68 and 3:1-5.

**U.S. Patent No. 9,530,942**

24.    U.S. Patent No. 9,530,942 (the "'942 Patent") is titled "Slim LED Package" and was issued on December 27, 2016. A true and correct copy of the '942 Patent is attached as Exhibit B.

25.    The '942 Patent was filed on August 3, 2015 as U.S. Patent Application No. 14/816,532.

26.    Plaintiff is the owner of all rights, title, and interest in and to the '942 Patent, with the full and exclusive right to bring suit to enforce the '942 Patent, including the right to recover for past infringement.

27.    The '942 Patent is valid and enforceable under United States Patent Laws.

28.    The '942 Patent recognized problems with existing light emitting diode (LED) packages at the time of the inventions of the '942 Patent.

29.    For instance, the inventors of the '942 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a yellowing phenomenon is a main cause of decreased luminescence performance and

lifetime of the LED package." '942 Patent at 1:57-62. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. *See id*. at 1:64-67 and 2:1.

30.    The inventors of the '942 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." *See id*. at 3:6-11. Additionally, the inventors of the '942 Patent describe the following method to increase LED package slimness, "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." *See id*. at 2:67 and 3:1-4.

31.    In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '942 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. *See id*. at 2:67, 3:1-4 and 3:6-11.

**U.S. Patent No. 8,309,971**

32.    U.S. Patent No. 8,309,971 (the "'971 Patent") is titled "Light emitting diode having electrode pads" and was issued on Nov 13, 2012. A true and correct copy of the '971 Patent is attached as Exhibit C.

33.    The '971 Patent was filed on December 21, 2010 as U.S. Patent Application No. 12/974,917.

34.    Plaintiff is the owner of all rights, title, and interest in and to the '971 Patent, with the full and exclusive right to bring suit to enforce the '971 Patent, including the right to recover for past infringement.

35.    The '971 Patent is valid and enforceable under United States Patent Laws.

36.    The inventors of the '971 Patent recognized problems with the distribution of current in the P-type semiconductor layer. According to the inventors of the '971 Patent, "To solve such problems, a transparent electrode layer having a low resistivity may be formed on the P-type semiconductor layer so as to enhance current spreading." See id. at 1:53-56. This solution increased the light emitting area of the LED.

37.    One problem present in the prior art was that "since the transparent electrode layer tends to absorb light, the thickness of the transparent electrode layer may be limited, thereby providing limited current spreading. In particular, in a large

LED having an area of about 1 mm² or more for high output, there may be a limit in achieving efficient current spreading through the transparent electrode layer." Id. at 1:61-67.

38.    The inventions claimed by the '971 Patent addressed these limitations by, e.g., spacing an electrode apart from a semiconductor layer and providing LEDs with various structures of electrode pads and extensions capable of enhancing current spreading. See id. at 2:26-28 and 2:32-35. As a result, the '971 Patent offered advantages of, inter alia, enhancing current spreading, as well as increasing the luminous efficacy.

### U.S. Patent No. 7,128,454

39.    U.S. Patent No. 7,128,454 (the "'454 Patent") is titled "Light emitting diode module for automobile headlights and automobile headlight having the same" and was issued on October 31, 2006. A true and correct copy of the '454 Patent is attached as Exhibit D.

40.    The '454 Patent was filed on August 25, 2004 as U.S. Patent Application No. 10/924,866.

41.    Plaintiff is the owner of all rights, title, and interest in and to the '454 Patent, with the full and exclusive right to bring suit to enforce the '454 Patent, including the right to recover for past infringement.

42.    The '454 Patent is valid and enforceable under United States Patent Laws.

43.    The '454 Patent recognized problems with existing light emitting diode modules at the time of the inventions of the '454 Patent.

44.    For instance, the '454 Patent describes a light emitting module, absent in the prior art, which comprises a waterproof structure together with a heat radiating structure. *See*, *e.g.*, '454 Patent at 1:59-61. The '454 Patent recognized that LED modules generate more heat than a halogen lamp and require protection from external moisture. *See id*. at 1:43-47. At the time of the '454 Patent, white LED lighting modules were a relatively recent innovation, with the majority of modules being halogen lamps, which had much different thermal and protective requirements. *Id*. at 1:27:47.

45.    The inventors of the '454 Patent recognized a number of advantages of the claimed inventions over the prior art, including preventing the "permeation of external moisture while efficiently radiating heat to the outside." *See id*. at 1:55-57.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 8,963,196

46.    Plaintiff incorporates by reference and re-alleges paragraphs 1-15 and 16-23 of the Complaint as if fully set forth herein.

47.    Defendants have infringed and are infringing, either literally or under the doctrine of equivalents, the '196 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Green Creative A19 9W, Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack among other substantially similar products (collectively, the "'196 Accused Products").

48.    By way of non-limiting example(s), set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claims 1, 2, and 8 of the '196 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '196 Accused Products that it obtains during discovery.

49.    ***1(a): A light emitting diode (LED) package, comprising***:— The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack, as seen in Figure 1A - 1 to Figure 1A - 6, each comprise a "light emitting diode (LED) package," as recited in claim 1:



*Figure 1A - 1 - LED Product – GC*

*INNOFIT 8" Commercial Downlight*



*Figure 1A - 2 - LED Product - GC*

*INNOFIT 8" Commercial Downlight*



*Figure 1A - 3 - LED Product – ILP RB4*
*Round High Bay*



*Figure 1A - 4 - LED Product – ILP RB4*

*Round High Bay*



*Figure 1A - 5 - LED Product – ILP Slim*
*Wall Pack*



*Figure 1A - 6 - LED Product – ILP Slim*
*Wall Pack*

50.  ***1(b): a first lead frame and a second lead frame separated from each***

***other;—*** The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round

High Bay, and ILP Slim Wall Pack each comprise a "first lead frame and second

lead frame separated from each other," as seen in Figure 1B - 1 to Figure 1B - 3 where the first and second lead frames are annotated in yellow:



*Figure 1B - 1 GC INNOFIT 8" Commercial Downlight*



*Figure 1B - 2 ILP RB4 Round High Bay*



*Figure 1B - 3 ILP Slim Wall Pack*

51.    ***1(c): an LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame; and;*** — The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise an "LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame," as seen in Figure 1B - 4 to Figure 1B - 9:



*Figure 1B - 4 GC INNOFIT 8" Commercial Downlight (1)*



*Figure 1B - 5 GC INNOFIT 8" Commercial Downlight (2)*



*Figure 1B - 6 ILP RB4 Round High Bay (1)*



*Figure 1B - 7 ILP RB4 Round High Bay (2)*



*Figure 1B - 8 ILP Slim Wall Pack (1)*



*Figure 1B - 9 ILP Slim Wall Pack (2)*

52.    ***1(d): a wire connecting the LED chip to the second lead frame;***—

The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High

Bay, and ILP Slim Wall Pack each comprise an "a wire connection the LED chip to

the second lead frame," as seen in Figure 1B - 10 to Figure 1B - 12 :



*Figure 1B - 10 GC INNOFIT 8" Commercial Downlight*



*Figure 1B - 11 ILP RB4 Round High Bay*



*Figure 1B - 12 ILP Slim Wall Pack*

53.      ***1(e): wherein opposing sides of the first lead frame and the second***

***lead frame face each other in a slanted state to the other sides of the lead frame.***—

The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High

Bay, and ILP Slim Wall Pack each comprise opposing sides of the first and second

lead frames that "face each other in a slanted state to the other sides of the lead

frame" as seen in Figure 1B – 13 to Figure 1B - 18:



*Figure 1B - 13 GC INNOFIT 8" Commercial Downlight (1)*



*Figure 1B - 14 GC INNOFIT 8" Commercial Downlight (2)*



*Figure 1B – 15 ILP RB4 Round High Bay (1)*



*Figure 1B - 16 ILP RB4 Round High Bay (2)*



*Figure 1B – 17 ILP Slim Wall Pack (1)*



*Figure 1B – 18 ILP Slim Wall Pack (2)*

54. Claim 2: **The LED package of claim 1, wherein both of the opposing sides have a linear or curved shape.** As one non-limiting example, as seen in Figure 1B - 19 and Figure 1B - 20, both the opposing sides in the ILP RB4 Round High Bay have a curved shape:



*Figure 1B - 19 ILP RB4 Round High Bay (1)*



*Figure 1B - 20 ILP RB4 Round High Bay (2)*

55.     Claim 8: **The LED package of claim 1, further comprising a resin covering at least a portion of the surface of the first lead frame, the second lead frame, and the LED chip**. As one non-limiting example, as seen in Figure 1B - 21, the LED package in the ILP RB4 Round High Bay comprises a resin covering a surface of the first lead frame, the second lead frame and the LED chip:



*Figure 1B – 21 ILP RB4 Round High Bay*

56.     Defendants' infringement of the '196 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

57.     Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '196 Patent.

58.     Plaintiff is entitled to recover from Defendants all damages that Plaintiff has sustained as a result of Defendants' infringement of the '196 Patent, including, without limitation, a reasonable royalty.

## COUNT II: INFRINGEMENT OF
## U.S. PATENT NO. 9,530,942

59.     Plaintiff incorporates by reference and re-alleges paragraphs 1-15 and 24-31 of the Complaint as if fully set forth herein.

60.     Defendants have infringed and are infringing, either literally or under the doctrine of equivalents, the '942 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Green Creative A19 9W, Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack among other substantially similar products (collectively, the "'942 Accused Products").

61.     By way of non-limiting example(s), set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 3 of the '942 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '942 Accused Products that it obtains during discovery.

62.     ***1(a): A light emitting diode (LED) package, comprising;—*** The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay,

and ILP Slim Wall Pack, as seen in Figure 2A - 1 to Figure 2A - 6, each comprise a "light emitting diode (LED) package," as recited in claim 1:



*Figure 2A - 1 - LED Product – GC INNOFIT 8" Commercial Downlight*



*Figure 2A - 2 - LED Product - GC INNOFIT 8" Commercial Downlight*



*Figure 2A - 3 - LED Product – ILP RB4 Round High Bay*



*Figure 2A - 4 - LED Product – ILP RB4 Round High Bay*



*Figure 2A - 5 - LED Product – ILP Slim Wall Pack*



*Figure 2A - 6 - LED Product – ILP Slim Wall Pack*

63.    ***1(b): a first lead frame and a second lead frame separated from each other***;— The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise a "first lead frame and second lead frame separated from each other," as seen in Figure 2B - 1 to Figure 2B - 3, where the first and second lead frames are annotated in yellow:



*Figure 2B - 1 GC INNOFIT 8" Commercial Downlight*



*Figure 2B - 2 ILP RB4 Round High Bay*



*Figure 2B - 3 ILP Slim Wall Pack*

64.     ***1(c): an LED Chip disposed on the first lead frame and electrically connected with the second lead frame; and;—*** The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise an "LED Chip disposed on the first lead frame and electrically connected with the second lead frame," as seen in Figure 2B - 4 to Figure 2B - 6:



*Figure 2B - 4 GC INNOFIT 8" Commercial Downlight*



*Figure 2B - 5 ILP RB4 Round High Bay*



*Figure 2B - 6 ILP Slim Wall Pack*

65.    ***1(d): a resin covering at least portions of surfaces of the first and second lead frames, wherein;—*** The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise an "a resin covering at least portions of surfaces of the first and second lead frames," as seen in Figure 2B - 7 to Figure 2B - 9:



*Figure 2B – 7 GC INNOFIT 8" Commercial Downlight*



*Figure 2B – 8 ILP RB4 Round High Bay*



*Figure 2B – 9 ILP Slim Wall Pack*

66.    ***1(e): at least one of the first and second lead frames comprises a first edge facing the other lead frame and a second side opposite the first side;—*** At least one of the first and second lead frames in the Green Creative INNOFIT 8"

Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise "a first edge facing the other lead frame and second side opposite the first side" as seen in Figure 2B - 10 to Figure 2B - 15:



*Figure 2B - 10 GC INNOFIT 8" Commercial Downlight (1)*



*Figure 2B – 11 GC INNOFIT 8" Commercial Downlight (2)*



*Figure 2B - 12 ILP RB4 Round High Bay (1)*



*Figure 2B - 13 ILP RB4 Round High Bay (2)*



*Figure 2B – 14 ILP Slim Wall Pack (1)*



*Figure 2B – 15 ILP Slim Wall Pack (2)*

67. ***1(f): the first lead frame comprising a first groove disposed on a***

***lower surface thereof, and the second lead frame comprises a second groove***

***disposed on the lower surface thereof;***—The Green Creative INNOFIT 8"
Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each
comprise a first lead frame with "a first groove disposed on a lower surface thereof,"
and second lead frame with "a second groove disposed on a lower surface thereof;"
as seen in Figure 2B - 16 to Figure 2B - 18:



*Figure 2B - 16 GC INNOFIT 8" Commercial Downlight*



*Figure 2B - 17 ILP RB4 Round High Bay*



*Figure 2B - 18 ILP Slim Wall Pack*

68.    ***1(g): each of the first and second grooves is open only on the lower surfaces of the first and second lead frames, respectively; and;***—The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each comprise first and second grooves that are "open only on the lower surfaces of the first and second lead frames, respectively;" as seen in Figure 2B - 19 to Figure 2B - 21:



*Figure 2B - 19 GC INNOFIT 8" Commercial Downlight*



*Figure 2B – 20 ILP RB4 Round High Bay*



*Figure 2B - 21 ILP Slim Wall Pack*

69.    ***1(h): a depth of the first groove is equal to a depth of the second groove.***—The Green Creative INNOFIT 8" Commercial Downlight, ILP RB4 Round High Bay, and ILP Slim Wall Pack each contain a first and second groove with equal depths, as seen in Figure 2B – 22 to Figure 2B - 24:



*Figure 2B – 22 GC INNOFIT 8" Commercial Downlight*



*Figure 2B - 23 ILP RB4 Round High Bay*



*Figure 2B - 24 ILP Slim Wall Pack*

70.    Claim 3: The LED package of claim 1, wherein at least a portion of the lower surface of at least one of the first and second lead frames is not covered by the resin. As one non- limiting example, as seen in Figure 2B - 25, the LED package in the ILP RB4 Round High Bay has a portion of the lower surface of the first and second lead frames not covered by the resin:



*Figure 2B - 25 ILP RB4 Round High Bay*

71.     Defendants' infringement of the '942 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

72.     Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '942 Patent.

73.     Plaintiff is entitled to recover from Defendants all damages that Plaintiff has sustained as a result of Defendants' infringement of the '942 Patent, including, without limitation, a reasonable royalty.

<u>**COUNT III: INFRINGEMENT OF**</u>
<u>**U.S. PATENT NO. 8,309,971**</u>

74.     Plaintiff incorporates by reference and re-alleges 1-15 and 32-38 of the Complaint as if fully set forth herein.

75.     Defendants have infringed and are infringing, either literally or under the doctrine of equivalents, the '971 Patent in violation of 35 U.S.C. § 271 et seq.,

directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license, products, including but not limited to Green Creative A19 9W among other substantially similar products (collectively, the "'971 Accused Products").

76.     As non-limiting examples, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 of the '971 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '971 Accused Products that it obtains during discovery.

77.     ***1(a): A light emitting diode, comprising a substrate;***—The Green Creative A19 9W contains light emitting diodes, as seen in Figure 3A - 1 and Figure 3A - 2 comprising a substate.




*Figure 3A - 1 - LED Chip – Green Creative A19 9W*    *Figure 3A - 2 - LED Chip – Green Creative A19 9W*

78.     ***1(b): a first conductive type semiconductor layer arranged on the substrate;***— The below SEM images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B – 1 and Figure 3B - 2, are

annotated to illustrate the first conductive type semiconductor layer arranged on the substrate:



*Figure 3B - 1 Green Creative A19 9W (1)*



*Figure 3B - 2 Green Creative A19 9W (2)*

79.    ***1(c): a second conductive type semiconductor layer arranged on the first conductive type semiconductor layer;***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B – 3, are annotated to illustrate the second conductive type semiconductor layer arranged on the conductive type semiconductor layer.



*Figure 3B – 3 Green Creative A19 9W*

80.     ***1(d): an active layer disposed between the first conductive type semiconductor layer and the second conductive type semiconductor layer;***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 4, are annotated to illustrate the active layer between the two conductive type semiconductor layers.



*Figure 3B - 4 Green Creative A19 9W*

81.    *1(e): a first electrode pad electrically connected to the first conductive type semiconductor layer;*—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 5 and Figure 3B - 6 are annotated to illustrate the first electrode pad electrically connected to the first conductive type semiconductor layer.



*Figure 3B -5 Green Creative A19 9W (1)*



*Figure 3B - 6 Green Creative A19 9W (2)*

82.    *1(f): a second electrode pad arranged on the second conductive type semiconductor layer;*—The below images of an individual light emitting diode from

the above '971 Accused Products, as seen in Figure 3B - 7, are annotated to illustrate the second electrode pad arranged on the second conductive type semiconductor layer.



*Figure 3B - 7 Green Creative A19 9W*

83.    ***1(g): an insulation layer disposed between the second conductive type semiconductor layer and the second electrode pad;—***The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 8, are annotated to illustrate the insulation layer between the second conductive type semiconductor layer and the second electrode pad.



*Figure 3B- 8 Green Creative A19 9W*

84.    ***1(h): and at least one upper extension electrically connected to the second electrode pad, the at least one upper extension being electrically connected to the second conductive type semiconductor layer.***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 9 and Figure 3B - 10, are annotated to illustrate the upper extension electrically connected to the second electrode pad and second conductive type semiconductor layer.



*Figure 3B - 9 Green Creative A19 9W (1)*



*Figure 3B – 10 Green Creative A19 9W (2)*

85.    Defendants' infringement of the '971 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

86.    Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '971 Patent.

87.    Plaintiff is entitled to recover from Defendants' all damages that Plaintiff has sustained as a result of Defendants' infringement of the '971 Patent, including, without limitation, a reasonable royalty.

## COUNT IV: INFRINGEMENT OF
## U.S. PATENT NO. 7,128,454

88.    Plaintiff incorporates by reference and re-alleges 1-15 and 39-45 of the Complaint as if fully set forth herein.

89.    Defendants have infringed and are infringing, either literally or under the doctrine of equivalents, the '454 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license, products, including but not limited to the Green Creative INNOFIT 8" Commercial Downlight among other substantially similar products (collectively, the "'454 Accused Products").

90.    As non-limiting examples, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 15 of the '454 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '454 Accused Products that it obtains during discovery.

91.    *1(a): A Light Emitting Diode (LED) module comprising:*—The Green Creative INNOFIT 8" Commercial Downlight is a light emitting diode module, as seen in Figure 4A - 1 and Figure 4A - 2:




*Figure 4A - 1 – Product – GC INNOFIT 8" Commercial Downlight*    *Figure 4A - 2 - LED – GC INNOFIT 8" Commercial Downlight*

92.     ***1(b): a lighting unit including an LED chip;***—The lighting unit of the Green Creative INNOFIT 8" Commercial Downlight includes an LED Chip as illustrated in Figure 4B - 3.



*Figure 4B - 3 GC INNOFIT 8" Commercial Downlight*

93.     ***1(c): a module body supporting the lighting unit at a leading end and extending from the leading end to a rear end for a predetermined length, the leading end being structured to guide light from the lighting unit in an upward direction, the module body being made of a high thermal conductivity material and having a through hole extending through the length of the modular body;***—

The lighting unit of the Green Creative INNOFIT 8" Commercial Downlight includes an modular body, which supports it the lighting unit at a leading end and extends from the leading end to a rear end for a predetermined length. The leading end is structured to guide light from the lighting unit in an upward direction. The module body is made of a high thermal conductivity material and has a through hole extending through the length of the modular body as illustrated by Figure 4B - 4 to Figure 4B - 6.



*Figure 4B - 4 GC INNOFIT 8" Commercial Downlight (1)*



*Figure 4B – 5 GC INNOFIT 8" Commercial Downlight (2)*



*Figure 4B - 6 GC INNOFIT 8" Commercial Downlight (3)*

94.    ***1(d): a connector sealingly coupled to the rear end of the module body, the connector having a conductor inserted into and extending through the through hole in the module body for supplying external voltage to the lighting unit; and—*** The module body of the Green Creative INNOFIT 8" Commercial Downlight comprises a connector coupled to the rear end. The connector has a conductor inserted into and extending through the through hole in the module body for supplying external voltage to the lighting unit as illustrated by Figure 4B - 7 to Figure 4B - 9.



*Figure 4B - 7 GC INNOFIT 8" Commercial Downlight (1)*



*Figure 4B – 8 GC INNOFIT 8" Commercial Downlight (2)*



*Figure 4B -9 GC INNOFIT 8" Commercial Downlight (3)*

95.    ***1(e): a transparent member coupled with the leading end of the module body to seal and protect the lighting unit and a portion of the conductor exposed from the leading end of the module body from an external environment.***— The below images of the Green Creative INNOFIT 8" Commercial Downlight, as seen in Figure 4B - 10, is annotated to illustrate the transparent member couple with the leading end of the module body to seal and protect the lighting unit and a portion of the conductor.



*Figure 4B – 10 GC INNOFIT 8" Commercial Downlight*

96.    Claim 15: **The LED module according to claim 1, wherein the transparent member is configured as a lens.** As one non-limiting example, as seen in Figure 4B - 11, the transparent member in the Green Creative INNOFIT 8" Commercial Downlight is configured as a lens:



*Figure 4B - 11 GC INNOFIT 8" Commercial Downlight*

97.    Defendants' infringement of the '454 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

98.     Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '454 Patent.

99.     Plaintiff is entitled to recover from Defendants all damages that Plaintiff has sustained as a result of Defendants' infringement of the '454 Patent, including, without limitation, a reasonable royalty.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A.     That Judgment be entered that Defendants have infringed at least one or more claims of the Patents-in-Suit, directly and/or indirectly, literally and/or under the doctrine of equivalents;

B.     An award of damages sufficient to compensate Plaintiff for Defendants' infringement under 35 U.S.C. § 284;

C.     That the case be found exceptional under 35 U.S.C. § 285 and that Plaintiff be awarded its reasonable attorneys' fees;

D.     Costs and expenses in this action;

E.     An award of prejudgment and post-judgment interest; and

F.     Such other and further relief as the Court may deem just and proper.

Respectfully submitted January 9, 2025.

/s/ Brian R. Gilchrist
Brain R. Gilchrist1
ALLEN DYER DOPPELT + GILCHRIST PA
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Email: bgilchrist@allendyer.com
Phone: (407) 841-2330
Fax: (407) 841-2343

*Attorneys for Plaintiff*
**SemiLED Innovations LLC**

**Of Counsel:**

Cecil E. Key
Email: cecil@keyiplaw.com
Jay P. Kesan
Email: jay@keyiplaw.com
John K. Harrop
Email: harrop@keyiplaw.com
KEY IP LAW GROUP, PLLC
1934 Old Gallows Road, Suite 350
Vienna, Virginia 22182
Phone: 703-752-6276
Fax:    703-752-6201

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on January 9, 2025, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

/s/ Brian R. Gilchrist
Brian R. Gilchrist (FL 774065)
Email: bgilchrist@allendyer.com